UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN JAMES GREENSPON,<br><br>Petitioner,<br><br>v.<br><br>ROSEMARY NDOH, Warden,<br><br>Respondent. | Case No. 2:18-01959 CJC (ADS)<br><br>ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition and all the records and files herein, along with the Final Report and Recommendation dated February 20, 2019, [Dkt. No. 24], of the assigned United States Magistrate Judge. Further, the Court has engaged in a de novo review of the Final Report and Recommendation.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Final Report and Recommendation, [Dkt. No. 24], is accepted;

2. The Motion to Dismiss, [Dkt. No. 10], is granted;

3. The case is dismissed with prejudice; and

4. Judgment is to be entered accordingly.

DATED: February 21, 2019  _____
HONORABLE CORMAC J. CARNEY
United States District Judge