JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BENJAMIN JAMES GREENSPON, | Case No. 2:18-01959 CJC (ADS) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| ROSEMARY NDOH, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Final Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: February 21, 2019

_____
HONORABLE CORMAC J. CARNEY
United States District Judge